An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VESTIN GROUP, INC., A DELAWARE
CORPORATION,
Appellant,
vs.
SDG SUNSET DEVELOPMENT, LLC
Respondent.

No. 59938

**FILED**

AUG 2 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal. We approve the stipulation and hereby dismiss this appeal. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K Lindeman_

cc:  Hon. Elissa F. Cadish, District Judge
Leonard I. Gang, Settlement Judge
Greenberg Traurig, LLP/Las Vegas
Kaempfer Crowell Renshaw Gronauer & Fiorentino
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-25228